# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:06-CR-66-FDW

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **GREGORY MOFFITT,** ) | **ORDER** |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS MATTER is before the Court on an Order of Remand from the Fourth Circuit Court of Appeals, filed March 28, 2008.

NOW, THEREFORE, IT IS ORDERED that the Bureau of Prisons shall transfer custody of Defendant Gregory Lashawn Moffitt to the United States Marshal, who shall ensure the Defendant's presence in Charlotte, North Carolina not later than January 30, 2009 for resentencing during the Court's February sentencing term, and shall then return the Defendant to the custody of the Bureau of Prisons following his sentencing hearing.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the Director of the Bureau of Prisons.

IT IS SO ORDERED.

Signed: November 20, 2008

Frank D. Whitney
United States District Judge